Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 97 5334 RJB |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | GRANTING MOTION TO |
| FRANK FALCO, ) | CONTINUE TRIAL DATE |
| Defendant ) | |

THIS MATTER having come on for hearing upon motion of the defendant to continue the trial date and establish a new motions date in this matter, the court having considered the response of the government to the motion to continue, the court finding the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial in that the case is extended and complex ad additional time is necessary to prepare this matter for trial,

[PROPOSED] ORDER
CONTINUING TRIAL – P. 1

TERRENCE KELLOGG
P.O. BOX 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

1

2     IT IS HEREBY ORDERED that trial in this case is continued to

3  October 20, 2008, and that motions are due September 12, 2008.

4     DATED this 2nd day of May, 2008.

5

6

7  _____

8  ROBERT J. BRYAN
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER                                    TERRENCE KELLOGG
CONTINUING TRIAL – P. 2                             P.O. BOX 70819
                                                    SEATTLE, WASHINGTON 98127
                                                    (206) 781-8181