UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANK FALCO, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR97-5334RJB <br><br> ORDER ACCEPTING TRANSFER OF FILE NUMBER JFM-95-0102 FROM THE DISTRICT OF MARYLAND (NORTHERN DIVISION) |

THIS MATTER came before the Court upon the motion of the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, Douglas Whalley and Matthew H. Thomas, Assistant United States Attorneys for said District, requesting that the Court accept transfer of file number JFM-95-0102 from the District of Maryland, Northern Division, to the Western District of Washington.

THIS COURT FINDS that pursuant to Fed. R. Crim. P. 20, the United States Attorneys in both districts and the defendant consent to the transfer of file number JFM-95-0102 for entry of a change of plea in this district;

Order [Proposed] Accepting Transfer of File
USA v. Frank Falco, CR97-5334RJB -1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court will accept transfer of file number JFM-95-0102 from the District of Maryland (Northern Division) for a change of plea in this district to be entered at the same time as the change of plea in cause number 97-5334RJB.

DATED this <u>10th</u> of October, 2008.

*signature: Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

<u>s/ Matthew H. Thomas</u>
MATTHEW H. THOMAS
Assistant United States Attorney


<u>s/Terrence Kellogg</u>
Attorney for Frank Falco
*Approved by Electronic Mail

Order [Proposed] Accepting Transfer of File
<u>USA v. Frank Falco</u>, CR97-5334RJB -2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants. I hereby certify that I have served all attorneys of record for the defendants that are non CM/ECF participants via United States Mail.

/s/Kelly M. Shirkey
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

Order [Proposed] Accepting Transfer of File
USA v. Frank Falco, CR97-5334RJB -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800